AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Montana

**FILED**
JUN 20 2023
Clerk, U.S. Courts
District Of Montana
Billings Division

| | |
|---|---|
| United States of America<br>v.<br><br>Eric Fredrick Welch Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MJ-23-111-BLG-TJC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2023__ in the county of __Yellowstone__ in the __City of Billings__ District of __Montana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 922(u) | Knowing Theft of Firearms from a Licensee. |
| Title 18 U.S.C. 922(j) | Knowing Possession of Stolen Firearms. |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Schieno, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/20/2023

City and state: Billings, Montana

_____
*Judge's signature*

Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*